Charles Robinowitz
OSB No. 69149
1211 SW Fifth Ave., Suite 2323
Telephone: 503-226-1464
Facsimile: 503-226-6456
Email: chuck@crlawoffice.com

Attorney for Plaintiffs

Karen O'Kasey, OSB No. 870696
E-mail: kok@hartwagner.com
HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

Attorney for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| VIKTOR V. RYMAR and VOLODYMYR GOLOVAN<br>    Plaintiffs,<br>v.<br><br>U.S. BARGE, LLC, a domestic limited liability corporation, and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation<br>    Defendants. | Civil No. 3:12-cv-01118-BR<br><br>ORDER APPROVING STIPULATED SETTLEMENT |

  Based on the parties' stipulated settlement, it is hereby ordered that payments to plaintiffs Golovan and Rymar shall be made as set forth in the stipulated settlement. It is further ordered that Charles Robinowitz shall receive attorney fees in the amount of $1,500.00 for his services and $350.00 in court costs.

Page 1 – ORDER APPROVING STIPULATED SETTLEMENT

It is hereby ordered that this case is dismissed with prejudice.

IT IS SO ORDERED:  _____
The Honorable Anna J. Brown
United States District Court

Page 2 – ORDER APPROVING STIPULATED SETTLEMENT