IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| VIKTOR V RYMAR,<br>VOLODYMYR GOLOVAN,<br><br>        Plaintiffs,<br><br>v.<br><br>U.S. BARGE, LLC, LIBERTY MUTUAL<br>INSURANCE COMPANY;<br><br>        Defendants. | 3:12-cv-01118-BR<br><br>**JUDGMENT<br>OF DISMISSAL** |

Pursuant to the terms of the Order Approving Stipulated Settlement [7], this matter is **DISMISSED with prejudice** .

Dated this 8th day of November, 2012.

*[signature]*
ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL